IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

BRADLEY MICHAEL DAVIS,

      Plaintiff,

v.                                          Case No. 23-CV-229-JFH-JAR

JASON RITCHIE et al.,

      Defendants.

## ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Jason A. Robertson. Dkt. No. 82. The Magistrate Judge recommends that the case be dismissed without prejudice. *Id.* at 9.

Neither party objected to the Magistrate Judge's Report and Recommendation within the fourteen-day period prescribed by 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72(b). Having reviewed the Report and Recommendation, the Court concurs with the Magistrate Judge's recommendation and accepts and adopts it as the order of this Court. On that basis, the case is DISMISSED without prejudice.

IT IS SO ORDERED this 24th day of September 2025.

                                                        JOHN F. HEIL, III
                                                        UNITED STATES DISTRICT JUDGE